| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Barksdale, Patricia D. | 2. Court or Organization  United States District Court, Middle District of Florida | 3. Date of Report  08/25/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 5-311
Jacksonville, Florida 32202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member; President-Elect of the Board and President of the Board | Chester Bedell American Inn of Court (non-profit entity) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 08/25/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Bedell, Dittmar, DeVault, Pillans & Coxe, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 6/15/2016 to 6/16/2016 | Orlando, Florida | Participation in Federal Judicial Roundtable (CLE) | Lodging, transportation, and meals |
| 2. | Florida State Univeristy | 2/17/2016 to 2/18/2017 | Tallahassee, Florida | Participation in Juror in Residence Program | Lodging, transportation, and meals |
| 3. | University of Florida | 1/28/2016 to 1/29/2016 | Gainesville, Florida | Participation in Moot Court Competition as Mock Judge | Lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 08/25/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch Wealth Management | Credit Card | J |
| 2. | Episcopal School of Jacksonville | Tuition Agreement | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account 1 | | | | | | | | | |
| 2. - Bank of America, NA RASP | A | Interest | K | T | | | | | |
| 3. -American Amcap Fund | | None | J | T | | | | | |
| 4. -American Washington Mutual Invest. | A | Dividend | J | T | | | | | |
| 5. -American Growth Fund of America | | None | K | T | | | | | |
| 6. -American Capital Wld Frw & Inc | A | Dividend | K | T | | | | | |
| 7. -Blackrock High Yield Muncipal Fund C | A | Dividend | J | T | | | | | |
| 8. -Blackrock Equity Dividend Fund C | A | Dividend | L | T | | | | | |
| 9. -Blackrock Equity Dividend Fund A | A | Dividend | J | T | | | | | |
| 10. -Delaware Value Fund C | A | Dividend | K | T | | | | | |
| 11. -JP Morgan Large Cap Growth Fund C | | None | L | T | | | | | |
| 12. -Loomis Sayles Growth Fund C | | None | K | T | | | | | |
| 13. -Putnam Capital Spectrum CL C | | None | J | T | | | | | |
| 14. Brokerage Account 2 | | | | | | | | | |
| 15. -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 16. -Ishares MSCI EAFE | A | Dividend | J | T | Buy (add'l) | 03/14/16 | J | | |
| 17. | | | | | Sold (part) | 05/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Ishares IBOXX $ Invt Grade Corp Bd | A | Dividend | J | T | | | | | |
| 19.   -Ishares TIPS Bond ETF | A | Dividend | J | T | | | | | |
| 20.   -Ishares 3-7 Year Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 21.   -Ishares MBS ETF | A | Dividend | J | T | | | | | |
| 22.   -Ishares IBOXXS High Yield Corp Bd | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 23.   -Ishares INC Core MSCI Emerging Mkt. | A | Dividend | J | T | Buy (add'l) | 05/23/16 | J | | |
| 24.   -Vaneck Vectors J.P. | A | Dividend | J | T | | | | | |
| 25.   -Powershares Global Exch. Traded FD TR | A | Dividend | J | T | Buy (add'l) | 06/27/16 | J | | |
| 26.   -Powershares Prefered Portfolio | A | Dividend | J | T | | | | | |
| 27.   -SPDR Barclays High Yield Bond ETF | A | Dividend | | | Sold | 06/27/16 | J | A | |
| 28.   -Vanguard Small Cap Value ETF | A | Dividend | J | T | | | | | |
| 29.   -Vanguard Small Cap Growth ETF | A | Dividend | J | T | Sold (part) | 06/27/16 | J | A | |
| 30.   -Vanguard Value ETF | A | Dividend | K | T | | | | | |
| 31. | | | | | Buy (add'l) | 05/23/16 | J | | |
| 32.   -Vanguard Growth ETF | A | Dividend | K | T | Sold (part) | 06/27/16 | J | A | |
| 33. | | | | | Sold (part) | 05/23/16 | J | A | |
| 34. | | | | | Buy (add'l) | 03/14/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Intermediate Term Bond ETF | A | Dividend | J | T | | | | | |
| 36. -Vanguard Short Term Bond | A | Dividend | J | T | Sold (part) | 06/27/16 | J | A | |
| 37. Brokerage Account #3 | | | | | | | | | |
| 38. -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 39. -American New World Fund (X) | A | Dividend | J | T | Buy | 11/22/16 | J | | |
| 40. -Artisan International Fund ADV CL | A | Dividend | K | T | Buy (add'l) | 11/22/16 | J | | |
| 41. | | | | | Sold (part) | 01/25/16 | J | A | |
| 42. -Eaton Vance Atlanta Capital SMID CAP | | None | J | T | Buy (add'l) | 11/22/16 | J | | |
| 43. -Ishares Core S&P 500 ETF | A | Dividend | | | Sold | 11/25/16 | K | A | |
| 44. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 45. -John Hancock Disciplined Value Mid CAP CL C | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 46. -JP Morgan Core Bond Fund | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 47. -Loomis Sayles Bond FD | A | Dividend | J | T | Sold (part) | 01/25/16 | J | | |
| 48. -Metropolitan West Total Return Bond FD FL I | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 49. The Oakmark Int'l Fund | A | Dividend | J | T | Buy (add'l) | 11/22/16 | J | | |
| 50. | | | | | Sold (part) | 01/25/16 | J | A | |
| 51. -Western Asset Core Bond FD CL I | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barksdale, Patricia D. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Loomis Large Cap Growth FD | A | Dividend | L | T | Buy (add'l) | 11/16/16 | J | | |
| 53. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 54. | | | | | Sold (part) | 01/22/16 | J | A | |
| 55. -Delaware Capital Large Cap Value Fund | A | Dividend | L | T | Buy (add'l) | 11/16/16 | J | | |
| 56. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 57. | | | | | Sold (part) | 01/22/16 | J | A | |
| 58. College 529 Plan #1 | | | | | | | | | |
| 59. -Blackrock Age 14 to 16 YRS C | | None | K | T | | | | | |
| 60. -MFS Age 14 to 15 YRS C | | None | K | T | | | | | |
| 61. College 529 Plan #2 | | | | | | | | | |
| 62. -Blackrock Age 14 to 16 YRS A | | None | J | T | | | | | |
| 63. -Blackrock Age 14 to 16 YRS C | | None | K | T | | | | | |
| 64. -MFS Age 16 to 17 YRS C | | None | K | T | | | | | |
| 65. Merrill Lynch Account | A | Interest | J | T | | | | | |
| 66. TD Bank HSA | A | Interest | J | T | | | | | |
| 67. MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, De | A | Dividend | O | T | | | | | |
| 68. Florida Prepaid College Plan | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 08/25/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 24: On May 2, 2016, "Market Vectors J.P." changed its name to "Vaneck Vectors J.P." Last year's report lists this asset by the former name.

Part VII, Line 55, is a college 529 plan. Because the age of the ▯ beneficiary has changed, the 529 plan changed from, "Blackrock Age 11 to 13 Yrs C" to "Blackrock Age 14 to 16 Yrs C." As an age-based portfolio, the fund is automatically changed.

Part VII, Line 56, is a college 529 plan. Because the age the ▯ beneficiary has changed, the 529 plan changed from, "MFS Age 11 to 13 Yrs C" to "MFS Age 14 to 15 Yrs C." As an age-based portfolio, the fund is automatically changed.

Part VII, Line 60, is a college 529 plan. Because the age of the ▯ beneficiary has changed, the 529 plan changed from, "MFS Age 14 to 15 Yrs C" to "MFS Age 16 to 17 Yrs C." As an age-based portfolio, the fund is automatically changed.

Part VII, Line 70, is the "MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, DeVault, Pillans & Coxe PA EEs 401k PSP&T." Under this plan, a participant may select low risk, medium risk, or high risk portfolios. Or, the participant may select one of three specific mutual funds. Or, the participant may select a combination (risk-based and mutual fund). We have selected the medium-risk portfolio.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barksdale, Patricia D. | 08/25/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Patricia D. Barksdale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544